UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRASER McDONOUGH ROTCHFORD,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　　　Respondent. | CASE NO. 2:22-cv-00727-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections and the remaining record, the Court finds and ORDERS:

　　(1)　The Court ADOPTS the Report and Recommendation.

　　(2)　The case is DISMISSED, the application to proceed in forma pauperis is stricken as moot, and issuance of a certificate of appealability is DENIED.

　　(3)　The Clerk is directed to send copies of this Order to the petitioner.

DATED this 23rd day of June, 2022.

　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1